UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRIE LYNN BRADLEY,**

    **Plaintiff,**

v.                                            Case No.:  3:13cv535/RS/CJK

**FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff, a non-prisoner, proceeding *pro se*, commenced this civil action on October 3, 2013, by filing an employment discrimination complaint pursuant to 42 U.S.C. § 2000e, *et seq*. (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).  On March 4, 2014, plaintiff filed a motion to dismiss seeking to dismiss the instant suit.  (Doc. 23).

    Accordingly, it is respectfully RECOMMENDED:

    1.    That plaintiff's motion to dismiss (doc. 23) be GRANTED and this cause be DISMISSED WITHOUT PREJUDICE.

    2.    That all pending motions be DENIED as MOOT.

    3.    That the clerk be directed to close the file.

DONE AND ORDERED this 11th day of March, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).