IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRIE LYNN BRADLEY,**

    **Plaintiff,**

**v.**                                                                      **CASE NO. 3:13-cv-535-RS-CJK**

**FLORIDA DEPARTMENT OF
CORRECTIONS,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion to dismiss (Doc. 23) is **GRANTED**. The case is **DISMISSED without prejudice**.

3. All pending motions are denied as moot.

4. The Clerk is directed to close the case.

**ORDERED** on April 16, 2014.

                                                   /S/ Richard Smoak
                                                 **RICHARD SMOAK
                                                 UNITED STATES DISTRICT JUDGE**